IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOL FINANCE COMPANY,           )<br>                                                )<br>               Plaintiff,            )<br>                                                )<br>       v.                                     )<br>                                                )<br>TRUDY A. DUECK,                 )<br>                                                )<br>               Defendant.         )<br>                                                ) | 4:05CV3250<br><br>ORDER |

It has come to this court's attention that, due to a clerical error, District Judge Richard G. Kopf was erroneously assigned to this case.

THEREFORE, IT IS ORDERED that this case is reassigned to Senior District Judge Warren K. Urbom for disposition and remains assigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 5th day of October, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge