```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

LOL FINANCE COMPANY,           )
                               )
              Plaintiff,       )         4:05CV3250
                               )
        v.                     )
                               )
TRUDY A. DUECK,                )         ORDER
                               )
              Defendant.       )
                               )
```

IT IS ORDERED:

Plaintiff's objection to defendant's motion for enlargement of time, filing 9, is overruled.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge