IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOL FINANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3250 |
| | ) | |
| v. | ) | |
| | ) | |
| TRUDY A. DUECK, | ) | ORDER ON STIPULATION FOR |
| | ) | DISMISSAL WITH PREJUDICE |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Stipulation for Dismissal with Prejudice, filing 13, is granted, and all the claims asserted in this case are dismissed with prejudice with each party bearing its or her own costs.

    Dated December 13, 2005.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge